**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCINA DACANAY FERNANDEZ,<br>Defendant. | Case No. 07CR859-WQH<br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** |

Having considered the United States' Motion to Dismiss the Indictment in this case, this Court hereby grants the United States' motion. (ECF No. 9.) Accordingly, the Indictment is hereby dismissed without prejudice pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: October 2, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court